ORIGINAL

ORDERED SEALED BY COURT

KAREN P. HEWITT
United States Attorney
SHERRI W. HOBSON
Assistant U.S. Attorney
California State Bar No. 142947
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5027

Attorneys for Plaintiff
United States of America

FILED
07 NOV 26 AM 10:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>1621 MONTGOMERY DRIVE<br>VISTA, CALIFORNIA | Case No. '07 MJ 2743<br><br>MOTION AND ORDER TO FILE DOCUMENTS UNDER SEAL |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri W. Hobson, Assistant United States Attorney, and hereby moves that the Government's Search Warrant, Application and Affidavit for Search Warrant, this motion and accompanying order in the above-referenced case be sealed until further order of this court. Disclosure of these documents would jeopardize an ongoing investigation.

DATED: November 21, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*(signature)*

SHERRI W. HOBSON
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: 11/21/07

*(signature)*

HONORABLE JAN M. ADLER
United States Magistrate Judge