# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

**ORDERED SEALED BY COURT**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1621 MONTGOMERY DRIVE
VISTA, CALIFORNIA**

## SEARCH WARRANT

BY: _____ DEPUTY

CASE NUMBER: **07 MJ 2743**

TO: DEA SPECIAL AGENT JOHN GIESON and any Authorized Officer of the United States

Affidavit(s) having been made before me by __AGENT GIESON__ who has reason to believe that __ on the person of or ___ on the premises known as (name, description and/or location)

See ATTACHMENT A

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

See ATTACHMENT B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __12/1/07__
                                                         Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Jan M. Adler__
                                                         U.S. Judge or Magistrate
as required by law.

__11/21/07__ at __5:28 p.m.__         __San Diego, CA__
Date and Time Issued                  City and State

__Jan M. Adler__                      __Jan M. Adler__
JAN M. ADLER                          Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-21-07 | 11-27-07 | @ RESIDENCE |

INVENTORY MADE IN THE PRESENCE OF
SA J. HARRISON

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED DEA 12'S

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

JOHN GIESON, SA

Subscribed, sworn to, and returned before me this date.

_____  2/7/08
U.S. Judge or Magistrate       Date

## Attachment A

The residence located at **1621 Montgomery Drive, Vista,** is further described as a single-story, single-family residence having gray colored stucco siding with white colored wood trim and having the numbers "1621" on a black mailbox at the end of the driveway on Montgomery Drive



## ATTACHMENT B

1. Documents relating to or memorializing the cultivation and distribution of marijuana, including U.S Currency, buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, ~~computers and computer equipment~~, ~~computer software~~, personal telephone/address books, including electronic organizers, rolodexes, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records.

2. Articles of personal property relating to the existence of a scheme to cultivate and distribute marijuana, including personal telephone/address books, including electronic organizers, telephone bills, photographs, and papers and documents containing lists of names and/or numbers of individuals involved in the possession and sale of marijuana.

3. Documents and articles of property relating to the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, door locks, rental agreements and records, property acquisition records, utility and telephone beepers or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

4. Equipment used to cultivate marijuana, marijuana plants, processed marijuana, as well as paraphernalia for packaging, weighing, cutting, testing, distributing and identifying controlled substances.

5. Weapons and/or firearms.

6. Documents and records including income tax returns (including Forms 1120, 1120S, 1065, 1040, 940, 941, DE-3); income tax information documents (including Forms 1099, W-2, W-4, K-1), supporting work papers, summary sheets and analyses; documents relating to any corporate audits; corporate journals (including general journals, cash receipts journals, cash disbursement journals, sales journals, purchase journals and payroll journals); general and subsidiary ledgers (including payroll, accounts receivable, accounts payable, purchases); chart of accounts, adjusting and closing entries, year end trial balances, corporate minutes, bylaws and Articles of Incorporation; employee lists and employee

contracts; documents showing the receipt or disbursements of cash (including records of royalties, credit card statements and receipts, invoices, records of commercial storage, cash reconciliation's, and records regarding any purchase or sale of assets); loan documents to or from shareholders and related entities with payment history; other loan documents; inventory records; financial statements; contracts (including contract bids and proposals); mortgage records or other documentation supporting conveyances and/or ownership of property; documents and records relating to other corporations, limited liability companies, partnerships and other entities which have related ownership.

7. Records related to their banking activity (including bank statements, check registers, passbooks, deposit and withdrawal slips, cancelled checks, certificates of deposit, notes, account applications, negotiable instruments, safety deposit box records and keys, money drafts, letters of credit, money orders, cashiers' checks and receipts for same, bank checks, wire transfers and bank reconciliations).

8. Records include various Accounting Journals (e.g., Sales, Purchase, Sales Returns and Allowance, Adjusting Journals) and Business Ledgers (e.g., General, Accounts Payable, Accounts Receivable, Payroll and Subsidiary Ledgers). In addition, I know that businesses also frequently maintain a variety of records to manage their payroll, inventory and tax situation. Similarly, they must also maintain various financial records such as contracts, bank statements, cancelled checks, invoices and sales receipts in order to conduct their normal business activities.

9. Records also include audio recordings, video recordings, telephone answering machine recording, memoranda, correspondence, diaries, notes, address books, day planners, calendars, appointment books, newspaper clippings, articles, books, financial institution records, checks, cashiers' checks, money orders, wire transfer records, deposit slips, ATM receipts, certificates of deposit, safety deposit slips, withdrawal slips, monthly and quarterly statements, stock certificates, bonds, bearer instruments, notes, money market account statements, negotiable orders of withdrawal, account documents, letters of credit, passbooks, drafts, title documents, mortgage and loan documents, property records, storage agreements and bills, storage locker keys, vehicle registration and ownership documents, asset ownership records, journals, ledgers, code sheets, financials, budgets, proposals, plans, contracts, agreements, bills of sale, delivery records, invoices, receipts, documentation of conveyances, deeds, and credit card bills and other papers. These records may be in many forms such as paper, electronic, or in code. I know from my experience that businesses use such software as Quickbooks and Microsoft Money to manage their finances and track their investments.

10. All information to be seized of evidence of violations of Title 21 USC 841(a)(1), 846(a)(1) manufacturing of a controlled substance to wit Marijuana and Marijuana plants and Title 18 USC 1956 money laundering.

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

1621 MONTGOMERY

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 11-27-2007

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 41 | 1 GAL GROW BUCKETS (BLUE) | |
| 5 | 1000 WATT BALAST | |
| 1 | 100 WATT BALAST | |
| 1 | DEHUMIDIFIER | |
| 3 | BLACK TUBS | |
| 1 | PUMP | |
| 1 | 1 GAL FERTILIZER | |
| 1 | BULKING FORMULA | |
| 2 | FANS (FLOOR) | |
| 1 | TIMER | |
| 1 | CLONING FORMULA | |
| 4 | 1000 WATT LIGHT | |
| 1 | 400 WATT LIGHT | |
| 1 | SMALL FAN | |
| 1 | $CO_2$ TANK | |
| 1 | GRAY TRASH CAN (PLASTIC) | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

★U.S. G.P.O.: 2002-486-745

## U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
### RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

MICHAEL DRUKER
1621 MONTGOMERY DR
VISTA, CA 92084

FILE NO. 22-07-0398

G-DEP IDENTIFIER

FILE TITLE

DATE  11-27-07

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 3 | PLASTIC BAGGIES CONTAINING PLANT MATERIAL | |
| 1 | A&D DIGITAL SCALE | |
| 40 | GREEN PLANTS | |
| 1 | MISC DOCUMENT OF DOMINION & CONTROL | |
| | GREEN VEGATABLE MATTER | |
| 1 | CELL PHONE | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP *IDENTIFIER* |
|---|---|---|
| 1621 MONTGOMERY | FILE TITLE | |
| | DATE 11-27-2007 | |

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 2 | Squirrel Cage Fans Blue/Gry | |
| 30 FT. | Venting Insulation Tube | |
| 1 | Roll of Mylar | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| [signature] | |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |